Submitted on record and briefs October 31, reversed and remanded
November 28, 2007

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## RICHARD LEE GRIFFIN,
*Defendant-Appellant.*

Umatilla County Circuit Court
CFH030113; A127751

172 P3d 284

Peter Ozanne, Executive Director, and Shawn Wiley, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Anna M. Joyce, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong and Rosenblum, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals his conviction for possession of.a controlled substance, *former* ORS 475.992 (2003), arguing that the trial court erred in denying his motion to suppress evidence found in a backpack, and further arguing that the court erred in admitting into evidence a laboratory report pursuant to ORS 475.235. We reject without discussion defendant's arguments concerning the denial of his motion to suppress. Concerning the admission of the lab report into evidence, the state concedes that defendant is entitled to a reversal in light of the holding of *State v. Birchfield*, 342 Or 624, 157 P3d 216 (2007). We agree and accept the state's concession.

Reversed and remanded.